9 de Mayo de 2007



RECEIVED & FILED
MAY 17 2007
CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN, PR

Hon. Juan M. Pérez - Giménez
U.S. District Judge
San Juan, P.R.

Estimado Juez Pérez - Giménez:

    Reciba un cordial saludo y que la bendición de mi Señor Todopoderoso sea sobre usted y cada uno de su equipo de trabajo.

    Mi nombre es Eduardo D. Rivera Moreno y me encuentro privado de mi libertad en la Institución Ponce Adultos 1,000, cumpliendo una pena de reclusión de veinte (20) años dictados por el Honorable Tribunal de Aguadilla en el 1998.

    Luego el día 14 de octubre de 1999 fui trasladado al MDC de Guaynabo pues se me acusó de conspiración, delito por el cual hice alegación de culpabilidad el día 26 de febrero de 2001 y el día 2 de agosto de 2001 fui sentenciado por usted a cumplir una pena de ocho (8) años de reclusión concurrentes con la sentencia a nivel Estatal y seis (6) años a cumplir en Supervised Release.

    Me dirijo a usted muy respetuosamente ya que en estos momentos yo soy elegible para los privilegios que brinda la Administración de Corrección, entiéndase;

⟶

⟶ Libertad Bajo Palabra ó Supervisión Electrónica pero no he podido beneficiarme de estos ya que en mi expediente cuento con un "Detainer" federal el cual fue puesto por el Marshall Germán Wirshing.

Yo quisiera que usted estudie mis palabras y que por favor se me cuente el tiempo de preventiva que estuve detenido en el MDC. Guaynabo que fue desde el 14 de octubre de 1999 hasta el 2 de agosto de 2001 que fue cuando fuí sentenciado pues anhelo que se me remueva el "Detainer" para así poder beneficiarme de algún privilegio que brinde la Administración de Corrección ya que he perdido mi adolecensia en prisión y deseo poder rehacer mi vida pues he madurado y me hice un hombre pues era un adolecente de 17 años cuando ingresé a prisión.

Le pido su ayuda y pronta intervención en mi situación pues confío en su labor. Sin nada más por el momento.

Gracias anticipadas...

Mi social se llama, Silvia Gutierrez Rodriguez
Tecnico Social.

Eduardo D. Rivera Moreno
Eduardo D. Rivera Moreno
Inst. Ponce Adultos 1000
Módulo 4-Ø celda #111
Box 10786, Ponce. P.R. 00732-0786

Eduardo D. Rivera Moreno
Inst. Ponce Adultos 1000
Módulo 4-Q celda # 116
Box 10786 Ponce, P.R. 00732-0786

SAN JUAN PR 009
09 MAY 2007 PM 1 L

to: Juan M. Pérez Giménez
United States District Court
Room 150 Federal Bldg.
San Juan, P.R. 00918-1767

