RECEIVED AND FILED

2007 JUL -9 AM 8:25

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

   Plaintiff,

v.                                              CR. NO. 99-307-05(PG)

EDUARDO D. RIVERA-MORENO,

   Defendant.

### ORDER

Inmate Eduardo D. Rivera-Moreno sent a letter on May 9, 2007, which was received by the Court on May 17, 2007, requesting that his detainer be removed by the U.S. Marshals. Mr. Rivera-Moreno makes this request in order to enjoy the benefits of parole and/or other community programs which are being afforded to him at the local prison.

The defendant, who was sentenced by this Court on August 2, 2001, for a drug trafficking conspiracy offences, is presently serving a twenty year sentence for second degree murder and robbery at a local prison. His federal sentence is for eight years and is being served concurrently with his local sentence.

According to information provided by the legal department of the Metropolitan Detention Center ("MDC"), Guaynabo, Puerto Rico, Mr. Rivera-Moreno will be eligible to be released from custody on July 21, 2008 after good time credit has been computed, otherwise he would need to fully serve his imprisonment term. Furthermore, the local prison would need to certify that Mr. Rivera-Moreno received good time credit in order for them to release him sooner. To date, MDC has not received any adverse incident report concerning MR. Rivera-Moreno's adjustment while in prison. If he is release by the local prison, he will be detained by the U.S. Marshals and brought to federal prison. Therefore, defendant's request motion is DENIED.

IT IS SO ORDERED.
In San Juan, Puerto Rico, July 5, 2007.

S/JUAN M. PEREZ-GIMENEZ
U.S. DISTRICT JUDGE